Tiffany Lena, #185603  ATTORNEY FOR ALL PLAINTIFFS
THE LAW OFFICE OF TIFFANY LENA
1670 Sagewood Way
San Marcos, CA 92078
telephone: (760) 697-0059
tiffany.lena@att.net

James R. Harvey, #273790  ATTORNEY FOR DEFENDANTS, ALBERT
KLEIN, DENATALE, GOLDNER,  ROMERO AND ROMERO ELECTRIC LLC
COOPER, ROSENLIEB & KIMBALL, LLP  ONLY
4550 California Avenue, Second Floor
Bakersfield, CA 93309
telephone: (661) 395-1000
JHarvey@KleinLaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Board of Trustees of the Kern County Electrical Workers' Health & Welfare Trust, Board of Trustees of the Kern County Electrical Journeyman and Apprenticeship Training Trust, National Electrical Benefit Fund, NECA-IBEW National Labor-Management Cooperation Committee, Administrative Maintenance Fund, and International Brotherhood of Electrical Workers, Local 428<br><br>Plaintiffs,<br><br>v.<br><br>Mccaa Electrical Construction, Inc., Mccaa Electrical Consultants, Romero Electric LLC, Albert Romero, Alan Mccaa, Kinley Mccaa and Does 1 Through 25<br><br>Defendants. | Civil Case No.: 1:20-CV-01610-NONE-JLT<br><br>**JOINT STIPULATION AND [PROPOSED ORDER] EXTENDING TIME FOR FILING OF JOINT SCHEDULING REPORT AND SCHEDULING CONFERENCE AND FOR ROMERO DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br>**(Doc. 14)** |

-1-

Joint Stipulation and [Proposed Order] Extending Time for Filing of Joint Scheduling Report and Scheduling Conference and for Romero Defendants to File Responsive Pleading to Complaint

Defendants Albert Romero and Romero Electric LLC ("Romero Defendants") and Plaintiffs Board of Trustees of the Kern County Electrical Workers' Health & Welfare Trust, Board of Trustees of the Kern County Electrical Journeyman and Apprenticeship Training Trust, National Electrical Benefit Fund, NECA-IBEW National Labor-Management Cooperation Committee, Administrative Maintenance Fund, and International Brotherhood of Electrical Workers, Local 428 ("Plaintiffs"), by and through their respective counsel, stipulate as follows:

## STIPULATION

1. Plaintiffs filed their Complaint in this Court on November 13, 2020 (Dkt. 1).

2. Romero Defendants were served with the Complaint, Summons, and Court-issued documents on December 4, 2020.  Plaintiff's counsel attempted to file proofs of service for all Defendants on December 26, 2020 but apparently only filed the proof for Defendant Kinley McCaa.  (Dkt. 5).  The proofs of service for all remaining Defendants were filed on January 25, 2021 (Dkts. 9-13).

3. On December 22, 2020, counsel for Romero Defendants requested a 28-day extension of time to file a responsive pleading to the Complaint.  Plaintiffs granted that extension and January 25, 2021 became the new deadline for Romero Defendants to file an answer to the Complaint.

4. The Parties have since entered into settlement discussions and hereby state their wishes and intent to settle this matter without incurring further attorneys fees for responding to the Complaint, preparing a Joint Scheduling Report and appearing at a Joint Scheduling Conference.

-2-

Joint Stipulation and [Proposed Order] Extending Time for Filing of Joint Scheduling Report and Scheduling Conference and for Romero Defendants to File Responsive Pleading to Complaint

5. To that end, the Parties stipulate that the date for the Joint Scheduling Conference be extended until March 31, 2021. This date should provide Romero Defendants ample time to examine their business records—some of which may be in the possession of a third party—to determine the amounts, if any, owed to Plaintiffs. This date should also provide Plaintiff's counsel with enough time to convey to, and discuss settlement offers and counter-offers with her clients which are Boards of Trustees made up of multiple individuals.

6. The Parties recognize that the date of this filing is also the deadline for Romero Defendants to file a responsive pleading to the Complaint, but in light of the ongoing settlement negotiations, Plaintiffs agree that they shall not cause any request for entry of default to be filed against Romero Defendants until after the March 31, 2021 deadline.

7. The Parties respectfully request that the Court so order.

Respectfully submitted,

Dated: January 25, 2021     THE LAW OFFICE OF TIFFANY LENA

By     */s/ Tiffany Lena*
Tiffany Lena
Attorney for Plaintiffs

Dated: January 25, 2021     KLEIN, DENATALE, GOLDNER
COOPER, ROSENLIEB & KIMBALL, LLP

By     */s/ James R. Harvey*
James R. Harvey
Attorney for Defendants Albert Romero and
Romero Electric LLC

-3-

Joint Stipulation and [~~Proposed~~ Order] Extending Time for Filing of Joint Scheduling Report and Scheduling Conference and for Romero Defendants to File Responsive Pleading to Complaint

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, and for good cause shown:

1. This court extends the hearing date for the Joint Scheduling Conference in this matter to March 31, 2021 at 8:30 a.m.

2. The deadlines for the Meet and Confer, Joint Scheduling Report, and any other deadlines associated with the Joint Scheduling Conference shall be rescheduled in accordance with the relevant rules of court.

3. No default of defendants Albert Romero or Romero Electric LLC shall be entered in this action on or prior to March 31, 2021.

IT IS SO ORDERED.

Dated:   **January 26, 2021**              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE

-4-

Joint Stipulation and [~~Proposed~~ Order] Extending Time for Filing of Joint Scheduling Report and Scheduling Conference and for Romero Defendants to File Responsive Pleading to Complaint