| | |
|---|---|
| Tiffany Lena, #185603<br>THE LAW OFFICE OF TIFFANY LENA<br>1670 Sagewood Way<br>San Marcos, CA 92078<br>telephone: (760) 697-0059<br>tiffany.lena@att.net | ATTORNEY FOR ALL PLAINTIFFS |
| James R. Harvey, #273790<br>KLEIN, DeNATALE, GOLDNER<br>4550 California Avenue, Second Floor<br>Bakersfield, CA 93309<br>telephone: (760) 328-5210<br>JHarvey@KleinLaw.com | ATTORNEY FOR DEFENDANTS ALBERT ROMERO AND ROMERO ELECTRIC LLC ONLY |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Board of Trustees of the Kern County Electrical Workers' Health & Welfare Trust, Board of Trustees of the Kern County Electrical Journeyman and Apprenticeship Training Trust, National Electrical Benefit Fund, NECA-IBEW National Labor-Management Cooperation Committee, Administrative Maintenance Fund, and International Brotherhood of Electrical Workers, Local 428<br><br>Plaintiffs,<br><br>v.<br><br>Mccaa Electrical Construction, Inc., Mccaa Electrical Consultants, Romero Electric LLC, Albert Romero, Alan Mccaa, Kinley Mccaa and Does 1 Through 25<br><br>Defendants. | Civil Case No.: 1:20-CV-01610-NONE-JLT<br><br>**JOINT STIPULATION AND [~~PROPOSED~~ ORDER] EXTENDING TIME FOR FILING OF JOINT SCHEDULING REPORT AND SCHEDULING CONFERENCE AND FOR ROMERO DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>(DOC. 19) |

-1-

Joint Stipulation and [~~Proposed~~ Order] Extending Time for Filing of Joint Scheduling Report and Scheduling Conference and for Romero Defendants to File Responsive Pleading to Complaint

Defendants Albert Romero and Romero Electric LLC ("Romero Defendants") and Plaintiffs Board of Trustees of the Kern County Electrical Workers' Health & Welfare Trust, Board of Trustees of the Kern County Electrical Journeyman and Apprenticeship Training Trust, National Electrical Benefit Fund, NECA-IBEW National Labor-Management Cooperation Committee, Administrative Maintenance Fund, and International Brotherhood of Electrical Workers, Local 428 ("Plaintiffs"), by and through their respective counsel, stipulate as follows:

## STIPULATION

1. Plaintiffs filed their Complaint in this Court on November 13, 2020 (Dkt. 1).

2. Romero Defendants were served with the Complaint, Summons, and Court-issued documents on December 4, 2020. Plaintiff's counsel attempted to file proofs of service for all Defendants on December 26, 2020 but apparently only filed the proof for Defendant Kinley McCaa. (Dkt. 5). The proofs of service for all remaining Defendants were filed on January 25, 2021 (Dkts. 9-13).

3. On December 22, 2020, counsel for Romero Defendants requested a 28-day extension of time to file a responsive pleading to the Complaint. Plaintiffs granted that extension and January 25, 2021 became the new deadline for Romero Defendants to file an answer to the Complaint.

4. The Parties thereafter entered into settlement discussions and submitted a stipulation on January 25, 2021 (the "Prior Stipulation"), declaring their wishes and intent to settle this matter without incurring further attorneys fees for responding to the Complaint, preparing a Joint Scheduling Report, and appearing at a Joint Scheduling Conference.

-2-

Joint Stipulation and [Proposed Order] Extending Time for Filing of Joint Scheduling Report and Scheduling Conference and for Romero Defendants to File Responsive Pleading to Complaint

5. In the Prior Stipulation, the Parties stipulated to extend the date for the Joint Scheduling Conference until March 31, 2021. This date was intended to provide Romero Defendants ample time to examine their business records to determine the amounts, if any, owed to Plaintiffs, and to provide Plaintiffs' counsel with enough time to convey to, and discuss settlement offers and counter-offers with her clients, which are Boards of Trustees made up of multiple individuals.

6. Also as part of the Prior Stipulation, the Parties agreed that Plaintiffs would not cause any request for entry of default to be filed against Romero Defendants until after March 31, 2021.

7. Around the time of the Prior Stipulation, the principal client representative for Romero Defendants became ill with the SARS-CoV-2 novel coronavirus and, as a result of the illness and subsequent associated treatment requirements, has been unable to meaningfully participate in or focus on settlement discussions. It remains the intention of the parties to resolve this matter by settlement but the health circumstances have prevented the parties from accomplishing a settlement prior to the date of this stipulation.

8. Accordingly, the parties stipulate and agree that the date for the Joint Scheduling Conference should be extended to Friday, April 30, 2021, to permit the parties to complete settlement discussions and resolve the claims between Plaintiffs and Romero Defendants. The parties further stipulate and agree that Plaintiffs shall take no default of Romero Defendants until after April 30, 2021.

9. The Parties respectfully request that the Court so order.

Respectfully submitted,

Joint Stipulation and [~~Proposed~~ Order] Extending Time for Filing of Joint Scheduling Report and Scheduling Conference and for Romero Defendants to File Responsive Pleading to Complaint

Dated: March 29, 2021     THE LAW OFFICE OF TIFFANY LENA


By    /s/ Tiffany Lena
Tiffany Lena
Attorney for Plaintiffs


Dated: March 29, 2021     KLEIN, DeNATALE, GOLDNER
ATTORNEYS AT LAW


By    /s/ James R. Harvey
James R. Harvey
Attorney for Defendants Albert Romero and
Romero Electric, LLC

**[PROPOSED] ORDER**

The stipulation is GRANTED and the Court **ORDERS**:

1. The Scheduling Conference is CONTINUED to April 30, 2021 at 8:30 a.m.

2. The deadlines for the Meet and Confer, Joint Scheduling Report, and any other deadlines associated with the Joint Scheduling Conference shall be rescheduled in accordance with the relevant rules of court.

IT IS SO ORDERED.

Dated:   **March 29, 2021**          /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE


Joint Stipulation and [Proposed Order] Extending Time for Filing of Joint Scheduling Report and Scheduling Conference and for Romero Defendants to File Responsive Pleading to Complaint