UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS' HEALTH AND WELFARE TRUST, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MCCAA ELECTRICAL CONSTRUCTION, INC., et al.,<br><br>　　　　　　　　Defendants. | Civil Case No.: 1:20-CV-01610-NONE-JLT<br><br>**ORDER AFTER NOTICE OF PARTIAL SETTLEMENT**<br><br>(Doc. 21) |

　　　The plaintiffs have settled the matter with Albert Romero and Romero Electric LLC. (Doc. 21) Thus, the Court **ORDERS** the stipulation to dismiss the action as to Albert Romero and Romero Electric LLC **SHALL** be filed <u>**no later than June 11, 2021**</u>;

　　　**<u>The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.</u>**

IT IS SO ORDERED.

Dated: 　**April 25, 2021**　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE