Tiffany Lena, #185603                                  ATTORNEY FOR ALL PLAINTIFFS
THE LAW OFFICE OF TIFFANY LENA
1670 Sagewood Way
San Marcos, CA 92078
telephone: (760) 697-0059
tiffany.lena@att.net

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Board of Trustees of the Kern County Electrical Workers' Health & Welfare Trust, Board of Trustees of the Kern County Electrical Journeyman and Apprenticeship Training Trust, National Electrical Benefit Fund, NECA-IBEW National Labor-Management Cooperation Committee, Administrative Maintenance Fund, and International Brotherhood of Electrical Workers, Local 428<br><br>Plaintiffs,<br><br>v.<br><br>McCaa Electrical Construction, Inc., McCaa Electrical Consultants, Romero Electric LLC, Albert Romero, Alan McCaa, Kinley McCaa and Does 1 Through 25<br><br>Defendants. | Civil Case No.: 1:20-CV-01610-NONE-JLT<br><br>**NOTICE OF EX PARTE APPLICATION AND APPLICATION TO EXTEND TIME TO REQUEST ENTRY OF DEFAULT JUDGMENT BY COURT AS TO ALAN MCCAA, KINLEY MCCAA, MCCAA ELECTRICAL CONSTRUCTION INC., AND MCCAA ELECTRICAL CONSULTANTS AND PROPOSED ORDER THEREON**<br><br>**Local Rule 144(c)** |

**PLEASE TAKE NOTICE THAT,** the undersigned hereby submits this Ex Parte Application to Extend Time to Request Entry of Default Judgment by this Court as to McCaa Electrical Construction, Inc., McCaa Electrical Consultants, Alan McCaa and Kinley McCaa

-1-

Notice of Ex Parte Application and Application for Extension of Time to Seek Entry of Default Judgment

(hereinafter the "McCaa Defendants").

This Application is made pursuant to Local Rule 144(c) permitting the Court to grant an initial ex parte extension of time upon the affidavit of counsel that a stipulation extending time cannot be reasonable obtained, explaining the reasons why a stipulation cannot be obtained from the McCaa Defendants and the reasons why the extension is necessary. The Application is supported by the Declaration of Tiffany Lena, filed herewith, detailing how the requirements of LR 144(c) have been met and how an extension of time until July 31, 2021 can further expedite the conclusion of this matter.

Respectfully submitted,

Dated: June 10, 2021              THE LAW OFFICE OF TIFFANY LENA

By       */s/ Tiffany Lena*
         Tiffany Lena
         Attorney for Plaintiffs

-2-

Notice of Ex Parte Application and Application for Extension of Time to Seek Entry of Default Judgment

**~~PROPOSED~~ ORDER**

The Court has before it Plaintiff's Ex Parte Application to Extend Time to File Request for Entry of Default Judgment pursuant to Local Rule 144(c), supported by counsel for Plaintiff's Declaration explaining why a Stipulation Extending Time cannot be obtained and why an Order Extending Time is necessary. Therefore, having considered these facts, the Court permits an extension of time for Plaintiffs to file a request for entry of default judgment against Defendants McCaa Electrical Construction, Inc., McCaa Electrical Consultants, Alan McCaa and Kinley McCaa until July 31, 2021.

IT IS SO ORDERED.

Dated: **June 13, 2021**         **/s/ Jennifer L. Thurston**
                                 CHIEF UNITED STATES MAGISTRATE JUDGE