UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS' HEALTH AND WELFARE TRUST, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MCCAA ELECTRICAL CONSTRUCTION, INC., et al.,<br><br>    Defendants. | Civil Case No.: 1:20-CV-01610-NONE-JLT<br><br>**ORDER CLOSING THE ACTION AS TO ROMERO ELECTRIC LLC AND ALBERT ROMERO**<br><br>(Doc. 25) |

The parties have settled their case and have stipulated to the action as to Romero Eectric LLC and Albert Romero, being dismissed with prejudice, conditioned upon these defendants complying with the settlement agreement. (Doc. 25) The parties request the Court to retain jurisdiction to enforce the settlement agreement. They stipulate also that if these defendants fail to complete the terms of the settlement, the plaintiffs may seek a stipulated judgment be entered against them.

The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Court **ORDERS**:

1. The Clerk of Court is DIRECTED to close this action as to Romero Eectric LLC and Albert Romero **only**;

2. The Court will retain jurisdiction to enforce the settlement.

IT IS SO ORDERED.

Dated: **June 13, 2021**

  **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE