UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS HEALTH & WELFARE TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN BRADY MCCAA, et al.,<br><br>Defendants. | No. 1:20-cv-01610-NONE-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT, AND DIRECTING THE CLERK OF COURT TO ASSIGN DISTRICT JUDGE FOR PURPOSE OF CLOSING CASE AND THEN ENTER JUDGMENT AND CLOSE CASE<br><br>(Doc. No. 29) |

Plaintiffs sought default judgment against defendants Alan Brady McCaa, Kinley McCaa, McCaa Electrical Construction, Inc., and McCaa Electrical Consultants. (Doc. No. 28.) The defendants did not oppose the motion. On August 27, 2021, the assigned magistrate judge issued findings and recommendations recommending that the motion for default judgment be granted and provided the parties fourteen days to file any objections thereto. (Doc. No. 29.) In addition, the parties were "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order." (Doc. 29 at 11, citing *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991); *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014).) To date, no objections have been filed and the time period for doing so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the file, the Court finds the findings and recommendations are supported by the record and proper analysis.[1]

Accordingly, the Court ORDERS:

1. The findings and recommendations dated August 27, 2021 (Doc. No. 29) are ADOPTED with the one caveat noted herein in footnote 1;
2. Plaintiffs' motion for default judgment against defendants Alan Brady McCaa, Kinley McCaa, McCaa Electrical Construction, Inc., and McCaa Electrical Consultants (Doc. No. 28) is GRANTED;
3. Plaintiffs are AWARDED damages in the amount of $12,975.67;
4. Plaintiffs are AWARDED attorney's fees in the amount of $17,290.00 and costs and expenses in the amount of $1,112.50; and
5. The Clerk of the Court is DIRECTED to assign a district judge to this case for the purpose of closing the case and then to ENTER JUDGMENT and close the case.

IT IS SO ORDERED.

Dated: **September 27, 2021**          /s/ Dale A. Drozd
                                                  UNITED STATES DISTRICT JUDGE

---

[1] The court has carefully examined the components of the recommended default judgment award, including the $17,290.00 in attorney's fees. While the undersigned agrees with the magistrate judge that the requested $325.00 hourly rate utilized in the lodestar calculation is reasonable for the relevant legal market, the undersigned continues to be of the opinion that the relevant legal market is the entirety of the Eastern District of California, not the "Fresno Division" of this District and notes that this court is not divided into divisions by local rule or otherwise. *See Freshko Produce Servs., Inc. v. Write on Mktg., Inc.*, No. 1:18-cv-01703-DAD-BAM, 2019 WL 5390563, at *2 n.1 (E.D. Cal. Oct. 22, 2019).