# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Board of Trustees of the Kern County ElectricalWorkers' Health & Welfare Trust et al., <br><br> Plaintiffs, <br><br> v. <br><br> Mccaa Electrical Construction, Inc., et al., <br><br> Defendants. | Case No.  1:20-CV-01610-JLT-BAK (HBK) <br><br> ORDER GRANTING REQUEST FOR JUDGMENT AND ENTERING FINAL JUDGMENT AS TO DEFENDANTS ROMERO ELECTRIC LLC AND ALBERT ROMERO <br><br> (Doc. 32) |

On June 11, 2021, Plaintiffs and Defendants Romero Electric LLC and Albert Romero ("Romero Defendants") filed a Settlement Agreement along with a Stipulation and Order for Conditional Dismissal with Prejudice. (Doc. 25.)  Pursuant to the Settlement Agreement, the Romero Defendants agreed: (1) to pay a total of $9,500 in periodic payments, with an initial payment of $500 due on July 1, 2021 and $1,000 due on the first day of each month thereafter; and (2) that Romero Electric LLC, through its manager Albert Romero, would permit examination of the business records of Romero Electric LLC by July 15, 2021.  (Doc. 25-1 at 2.) On June 14, 2021, because the parties so requested, the Court agreed to retain jurisdiction to enforce the terms of the Settlement Agreement.  (Doc. 27.)

On October 24, 2021, Plaintiffs filed a "Motion for Entry of Final Judgment" seeking to

1

enforce the terms of the Settlement Agreement.[1]  The Motion asserts, with supporting declarations from counsel and the trust administrator for Plaintiffs, that the Romero Defendants failed to satisfy their obligations under the Settlement Agreement.  (*See generally* Doc. 32.)  Specifically, the declarations submitted by Plaintiffs indicate that the Romero Defendants have made no payments to Plaintiffs and did not make themselves available for examination.  (*Id*.)  To date, no opposition or any other filing has been received by the Court from the Romero Defendants.  On this record, the Court finds that Plaintiffs have established a breach of the Settlement Agreement.

Considering the above, Plaintiffs assert that they are entitled to a stipulated judgment against the Romero Defendants in the sum of $9,500.  (*Id*. at 2–3.)  This request is supported by authority.  The Settlement Agreement, which was approved by the Court, is a money judgment.  Federal Rule of Civil Procedure 69(a)(1) provides that "[a] money judgment is enforced by a writ of execution, unless the court directs otherwise."[2]

Plaintiffs also request $1,852.50 in attorney's fees.  The Settlement Agreement provides that "[i]f, after the Effective Date, a party brings an action to enforce or interpret this agreement, the prevailing party in such action is entitled to recover from the unsuccessful party all reasonable attorney fees and costs incurred in the prosecution or defense of such litigation."  (Doc. 25-1 ¶ 20.)  Attorney's fees are therefore an appropriate remedy.  Counsel indicates in her declaration that she spent 5.7 hours to enforce the Settlement Agreement, including the time spent drafting the pending motion.  (Doc. 32-1 ¶ 12.)  Her hourly rate is $325.  Both the time expended, and the hourly rate are reasonable under the circumstances.

Finally, Plaintiffs' request that interest be calculated from July 1, 2021 at a rate of 10% per year.  Rule 69(a)(1) directs a court to look to state law in the execution of judgments.  California law provides for a 10% interest rate on unsatisfied money judgments.  Cal. Civ. Proc. Code § 685.010(b).  As the first periodic payment became past-due on July 1, 2021, Plaintiffs are

---

[1] Although counsel for the Romero Defendants had been removed from the electronic service list as of October 21, 2021, Plaintiffs' counsel provided a copy of the motion to counsel for the Romero Defendants upon its filing.  (*See* Doc. 36.)

[2] The parties also stipulated to the entry of judgment if the terms of the settlement agreement were breached.  (Doc. 25-1 at 2; Doc. 27 at 1.)

correct that interest should accrue at 10% per year as of July 1, 2021. Accordingly, for the reasons set forth above, the Court enters final judgment, awards the amounts set forth below to Plaintiff and against the Romero Defendants:

    (1) $9,500 pursuant to said Settlement Agreement; and

    (2) $1,852.50 in attorney's fees, for a total of $11,352.50.

IT IS SO ORDERED.

Dated: __**May 2, 2022**__          _/s/ Jennifer L. Thurston_
                                                  UNITED STATES DISTRICT JUDGE